In the Matter of JOSEPH D.A., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEPHANIE M., Appellant, et al., Respondent. (Appeal No. 2.) [937 NYS2d 656]—

Same memorandum as in *Matter of Claudina E.P.* (91 AD3d 1324 [2012]). Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.

In the Matter of SINCERE N., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEPHANIE M., Appellant, et al., Respondent. (Appeal No. 3.) [937 NYS2d 657]—

Same memorandum as in *Matter of Claudina E.P.* (91 AD3d 1324 [2012]). Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.

In the Matter of LILIANA G., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ORENA G., Appellant. (Appeal No. 1.) [937 NYS2d 657]

Same memorandum as in *Matter of Liliana G.* (91 AD3d 1325 [2012]). Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.

In the Matter of LILIANA G., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ORENA G., Appellant. (Appeal No. 2.) [938 NYS2d 703]—